# United States Bankruptcy Court
# Central District Of California

| In re:<br>Mary Jane Deckard | CHAPTER NO.:  13 |
| --- | --- |
| | CASE NO.: 8:10−bk−27141−RK |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Bankruptcy Rule 1015−2
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2−1]
☑ Verification of Creditor Mailing List. [Court Manual, section 2−1]
☑ Summary of Schedules (Official Form B6). [Court Manual, section 2−1]
☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2−1]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2−1]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
X  Electronic Filing

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>December 3, 2010</u>

**By: <u>Jewell Roque</u>**
**Deputy Clerk**

mccdn − Revised 12/2009

**5 − 1 / ROQ**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: jroqueC          Page 1 of 1          Date Rcvd: Dec 06, 2010
Case: 10-27141                Form ID: mccdn          Total Noticed: 1
```

```
The following entities were noticed by first class mail on Dec 08, 2010.
db           +Mary Jane Deckard,   24404 Alta Vista Dr Unit 3,   Dana Point, CA 92629-3703
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2010**                          **Signature:**   _Joseph Speetjens_